1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   <u>8033 Linda Vista Road, Suite 200</u>
4  <u>San Diego, CA 92111</u>
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff
6

7
   Wayne C. Arnold SBN 103194
8  16755 Von Karman, Ste. 200
   Irvine, CA 92614
9  Telephone: 714-271-5214
   Email: warnold@wcalaw.net
10 Attorney for Defendant
   Thrifty Payless, Inc.

11

12

13                    UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA

15 | RAFAEL ARROYO, JR.,              | Case No.: 8:20-cv-00118-JLS-ADS
16 |     Plaintiff,                    | **JOINT STIPULATION FOR**
17 | v.                                | **DISMISSAL PURSUANT TO**
                                       | **F.R.C.P. 41 (a)(1)(A)(ii)**
18 | THRIFTY PAYLESS, INC., a California|
   | Corporation; and Does 1-10,       |
19 |     Defendants.                   |

20

21

22

23

24

25

26

27

28

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: December 31, 2020       CENTER FOR DISABILITY ACCESS

8                                 By: /s/ Amanda Seabock
                                       Amanda Seabock
9                                      Attorneys for Plaintiff

11 Dated: December 31, 2020

13                                 By: /s/ Wayne C. Arnold
                                       Wayne C. Arnold
14                                     Attorney for Defendant
                                       Thrifty Payless, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Thrifty Payless, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 31, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
　　　Amanda Seabock
　　　Attorneys for Plaintiff